|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO LARA CHAVEZ,

    Petitioner,               No. CIV S 08-0097 MCE DAD P

    vs.

MICHAEL BECKWITH,

    Respondent.             ORDER

_____/

Petitioner, an alleged "lawful man, secure party, sovereign, creditor, holder in due course" is a former federal prisoner proceeding pro se. Petitioner has filed a document styled "petition by law by right" and "petition by affidavit in commerce for writ of enforcement." Among other things, he has attached to the filed document a "bond for commercial notice of complaint bill in equity" and copies of financial statements. No other pleadings have been filed by the petitioner.

Based on petitioner's filed document, it is not clear what complaint or claims petitioner is attempting to assert nor is it clear what relief he seeks from this court. To the extent that petitioner wishes to test the legality of a federal conviction, he must file a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 in his criminal case. See CR. S-05-0231 LKK. To the extent that he wishes to challenge the manner, location, or conditions of the execution of his sentence, he must file a petition for writ of habeas corpus pursuant to 28 U.S.C.

§ 2241 and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Finally, to the extent that petitioner wishes to test the legality of a judgment of conviction entered against him in state court, he must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

The court will not issue any orders granting relief until an action has been properly commenced. Petitioner will be provided the opportunity to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 or a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 or a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254; the petition must bear the docket number assigned this case; any petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form;

2. Petitioner is granted thirty days from the date of this order to file an application to proceed in forma pauperis on the form provided by the Clerk of Court or pay the filing fee in the amount of $5.00;

3. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

/////
/////
/////
/////

4. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 as well as the court's form for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED: March 16, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
chav0097.nop