IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO LARA CHAVEZ,

    Petitioner,                 No. CIV S-08-0097 MCE DAD P

    vs.

MICHAEL BECKWITH,

    Respondent.             <u>FINDINGS AND RECOMMENDATIONS</u>

                                /

         By an order filed March 16, 2009, petitioner was ordered to file, within thirty days, either a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 or a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In addition, petitioner was granted thirty days to file an application to proceed in forma pauperis or pay the appropriate filing fee. Petitioner was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed. The thirty day period has now expired and petitioner has not responded to the court's order, has not filed a petition and has not filed an application to proceed in forma pauperis or paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 29, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
chav0097.fifp.fff