IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO LARA CHAVEZ,

    Petitioner,                    No. CIV S-08-0097 MCE DAD P

    vs.

MICHAEL BECKWITH,

    Respondent.                  ORDER

_____/

        Petitioner, an alleged "lawful man, secure party, sovereign, creditor, holder in due course" is a former federal prisoner proceeding pro se. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 30, 2009, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed April 30, 2009, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: June 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE